Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorney for Plaintiff
Jose Escobedo

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>    Plaintiff,<br><br>    vs.<br><br>SOKHEMANY LENG, aka SOKHEMANY PAK, dba DONUT COUNTRY, et al.,<br><br>    Defendants. | No. 1:15-cv-00911---SKO<br><br>**STIPULATION TO CONTINUE TELEPHONIC STATUS CONFERENCE; ORDER**<br><br>Current Date: August 6, 2015<br>Time: 10:15 a.m.<br>Courtroom: 7<br>Magistrate Judge Sheila K. Oberto |

**WHEREAS**, a telephonic status conference is currently set in this matter for August 6, 2015 at 10:15 a.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto;

**WHEREAS,** counsel for Plaintiff, Jose Escobedo ("Plaintiff") is unavailable at the scheduled time as she will be on a pre-paid international vacation;

**WHEREAS**, the Court has advised that it has availability on August 13, 2015 at 9:30 a.m. for the telephonic status conference;

**WHEREAS**, counsel for Plaintiff and Defendants, Sokhemany Leng, aka Sokhemany Pak, dba Donut Country; Gregory W. Whitney, Trustee of the Whitney Family Revocable Trust of July 25, 2002; and Karen L. Whitney, Trustee of the Whitney Family Revocable Trust of

July 25, 2002 ("Defendants," and together with Plaintiff, "the Parties"), have confirmed their availability to attend the telephonic status conference on August 13, 2015 at 9:30 a.m.;

**NOW, THEREFORE**, **IT IS HEREBY STIPULATED** between Plaintiff and Defendants, by and through their respective counsel, that the telephonic status conference in this matter be continued to August 13, 2015 at 9:30 a.m.

Dated: August 4, 2015                              MOORE LAW FIRM, P.C.

  */s/ Tanya E. Moore*
  Tanya E. Moore
  Attorney for Plaintiff
  Jose Escobedo

Dated: August 4, 2015                              VAUGHAN & ASSOCIATES

  */s/ Cris C. Vaughan*
  Cris C. Vaughan
  Attorneys for Defendants
  Sokhemany Leng, aka Sokhemany Pak,
  dba Donut Country; Gregory W. Whitney,
  Trustee of the Whitney Family Revocable Trust
  of July 25, 2002; and Karen L. Whitney, Trustee
  of the Whitney Family Revocable Trust of
  July 25, 2002

## ORDER

The parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the telephonic status conference currently set for August 6, 2015, be continued to August 13, 2015, at 9:30 a.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated: **August 4, 2015**                              **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE