Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorney for Plaintiff
Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO, | No. 1:15-cv-00911-JAM-SKO |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| SOKHEMANY LENG, aka SOKHEMANY PAK, dba DONUT COUNTRY, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Jose Escobedo and Defendants Sokhemany Leng, aka Sokhemany Pak, dba Donut Country; Gregory W. Whitney, Trustee of the Whitney Family Revocable Trust of July 25, 2002; and Karen L. Whitney, Trustee of the Whitney Family Revocable Trust of July 25, 2002, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: October 6, 2015                     MOORE LAW FIRM, P.C.

                                          */s/ Tanya E. Moore*
                                          Tanya E. Moore
                                          Attorney for Plaintiff
                                          Jose Escobedo

Date: October 6, 2015                     VAUGHAN AND ASSOCIATES

                                          */s/ Cris C. Vaughan*
                                          Cris C. Vaughan
                                          Attorney for Defendants
                                          Sokhemany Leng, aka Sokhemany Pak, dba Donut Country; Gregory W. Whitney, Trustee of the Whitney Family Revocable Trust of July 25, 2002; and Karen L. Whitney, Trustee of the Whitney Family Revocable Trust of July 25, 2002

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: October 7, 2015                    /s/ John A. Mendez
                                          United States District Judge